Alice Mickenberg, an Infant, v. Steinway & Sons.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

The People of the State of New York ex rel. The City of New York v. William O'Toole and Others. The People of the State of New York ex rel. The City of New York v. Julia E. Goessen and Others. The People of the State of New York ex rel. The City of New York v. Sandrock Realty Company and Others. The People of the State of New York ex rel. The City of New York v. Bronx Bath Company and Others.— Motions denied.

The People of the State of New York v. Lizzie Fields.— See memorandum.

Julia D. Kitz, Respondent, v. Ernest W. Eager and Daniel C. Babcock, Copartners, Doing Business under the Firm Name of Eager & Babcock, Appellants.— Judgment and order affirmed, with costs. No opinion.

Malcolm N. Butler, Respondent, v. Katherine C. Gould, Appellant.— Judgment and order affirmed, with costs. No opinion.

Wading River Realty Company, Appellant, v. Gilbert E. Loper, Respondent. — Judgment and orders affirmed, with costs. No opinion.

George W. Griffin, Respondent, v. Daniel M. Brady, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Elmer S. Prather and Samuel H. McKean, Appellants.— Judgment affirmed. No opinion.

Eugene E. Stokes, Respondent, v. Barber Asphalt Paving Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Ingraham, P. J., and Laughlin, J., dissented.

Louis Ackerson, Appellant, v. Edward Langer and Ralph H. Williams, Copartners in Business under the Name and Style of "Langer & Williams," Respondents.— Judgment affirmed, with costs. No opinion. Laughlin, J., dissented.

The People of the State of New York, Respondent, v. Tony Miller, alias Joseph Miller, alias Joseph Hyman, alias Joseph Heywood, Appellant.— Judgment and order affirmed. No opinion.

Angelica Cella, Respondent, v. Peter Valente, Appellant. Angelica Cella, Respondent, v. Frank Valente and Louis A. Valente, Appellants.— Judgments affirmed, with costs. No opinion.

In the Matter of the Probate of the Last Will and Testament of Peter Cassidy, Deceased. Anna Marie Cassidy, Appellant; Peter A. Cassidy and Others, Respondents.— Decree affirmed, with costs. No opinion. Ingraham, P. J., dissented.

Abraham Schonewald, Respondent, v. Hugh Kiernan, Appellant.— Judgment and order affirmed, with costs. No opinion. Ingraham, P. J., and McLaughlin, J., dissented on the ground that there is no evidence of defendant's negligence.

The People of the State of New York, Appellant, v. William H. Hale, Respondent.— Determination affirmed, with costs. No opinion.